Joseph **CRUSSIAH,** Plaintiff–Appellant,

v.

**Carolyn W. COLVIN, Acting Commissioner, Social Security, Defendant–Appellee.**

No. 14–2085.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Joseph Crussiah, Appellant Pro Se. Stacey Winakur Harris, Social Security Administration, Baltimore, Maryland, for Appellee.

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Crussiah appeals the magistrate judge's order granting summary judgment to Appellee.* On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Crussiah's informal brief does not challenge the basis for the district court's disposition, Crussiah has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*